UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 APR 10 AM 10:01
BY: DEPUTY

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**Pedro BENJAMIN-Barajas,**

Defendant(s)

Magistrate Case No. '08 MJ 1095

COMPLAINT FOR VIOLATION OF:

Title 8 U.S.C., Sec. 1324 (a)(1)(A)(ii)
Transportation of Illegal
Aliens

The undersigned complainant, being duly sworn, states:

On or about **April 9, 2008,** within the Southern District of California, defendant **Pedro BENJAMIN-Barajas** with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely, **Jose Francisco MARTINEZ-Gonzalez, Edith Elena GONZALEZ-Santos,** and **Maria De Lordes RIVAS-Mandujano** had come to, entered and remained in the United States in violation of law, did transport and move, said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **10th** DAY OF **APRIL 2008**

Ruben B. Brooks
UNITED STATES MAGISTRATE JUDGE

**CONTINUATION OF COMPLAINT:**
**Pedro BENJAMIN-Barajas**

G-UM

## PROBABLE CAUSE STATEMENT

Furthermore, the complainant states that **Jose Francisco MARTINEZ-Gonzalez, Edith Elena GONZALEZ-Santos, and Maria De Lordes RIVAS-Mandujano** are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On April 9, 2008, Supervisory Border Patrol Agent L. Miele was conducting intelligence gathering duties in the Campo Border Patrol Station's area of responsibility. Agent Miele was in plainclothes and assigned an unmarked Agency surveillance vehicle. At approximately 12:25 PM, Agent Miele heard Border Patrol Dispatch broadcast a lookout on a white hatchback vehicle possibly involved in alien smuggling. Dispatch reported that an El Cajon Border Patrol agent had encountered the vehicle in the process of loading a group of illegal aliens along State Route 94 in an area known as "Split Rock. This area is located approximately two-tenths of a mile north of the United States/Mexico border and approximately six miles east of the Tecate, California Port of Entry.

The vehicle was heading east on SR 94, and the reporting agent, Border Patrol Agent I. Diaz, had two illegal aliens in custody who failed to get into the vehicle before it took off upon the agent's arrival. Agent Diaz reported that the two aliens left behind had actually rolled out of the vehicle as the driver sped away to avoid apprehension.

Agents Miele and P. Padilla immediately responded and headed east on SR 94. They pulled over to the side of the road and observed that a white Madza vehicle was packed with passengers lying one on top of one another. They then followed the vehicle. Agent Miele was able to get a clear view of the driver, later identified as the defendant **Pedro BENJAMIN-Barajas**.

Agent Miele observed the defendant drive in a reckless manner by crossing solid double yellow lines and nearly causing a collision with a tractor trailer and other motorists. The defendant also sped through the clearly marked Buckman Springs Elementary School Zone.

Border Patrol Agent E. Rodriguez, driving a marked Border Patrol vehicle, got behind the defendant's vehicle and attempted a vehicle stop by activating his lights and siren to which the defendant failed to yield. Border Patrol Agent F. Santos advised that he was set up with a Controlled Tire Deflation Device (CTDD) at Buckman Springs Road and Bear Valley Road. Agent Santos successfully deployed the CTDD on the defendant's fleeing vehicle causing all four tires to deflate. The vehicle continued north on Buckman Springs Road for approximately one quarter mile before coming to a stop. Eight subjects, including the defendant exited the white Mazda hatchback and ran west into the brush in an attempt to avoid apprehension.

 GVM

**CONTINUATION OF COMPLAINT:**
**Pedro BENJAMIN-Barajas**

The Agents arrived on scene and identified themselves as Border Patrol Agents. They ordered the occupants of the white Madza to stop. With the assistance of a responding United States Customs & Border Protection, Air & Marine Operations helicopter, agents were able to arrest all of the fleeing subjects. Agent Miele positively identified Pedro BENJAMIN-Barajas, as the driver of the white Mazda. All eight subjects including the defendant were questioned about their citizenship and all subjects were determined to be Mexican citizens present in the United States illegally. At approximately 1:00 PM, all eight subjects including the defendant were arrested and transported to the Campo Station for processing.

**MATERIAL WITNESSES STATEMENTS:**

Material witnesses **Jose Francisco MARTINEZ-Gonzalez, Edith Elena GONZALEZ-Santos, and Maria De Lordes RIVAS-Mandujano** agree in summary that they are citizens and nationals of Mexico illegally present in the United States. They admit to entering the United States illegally. The material witnesses stated that family members made arrangements and were to pay the fee to be smuggled into the United States.