**NOT FOR PUBLIC VIEW**

# FINANCIAL AFFIDAVIT

IN UNITED STATES ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF

______ V.S. ______

FOR ______

AT ______

FILED
APR 11 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ______ DEPUTY

LOCATION NUMBER

PERSON REPRESENTED (Show your full name)

Pedro Benjamin Barajas

1 ☒ Defendant—Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other

DOCKET NUMBERS
Magistrate: 08MJ1095
District Court
Court of Appeals

CHARGE/OFFENSE (describe if applicable & check box →) ☒ Felony ☐ Misdemeanor

## ASSETS

**EMPLOYMENT**

Are you now employed? ☐ Yes ☐ No ☒ Am Self-Employed

Name and address of employer: ______

**IF YES,** how much do you earn per month? $ 440 DLS.

**IF NO,** give month and year of last employment
How much did you earn per month? $ ______

If married is your Spouse employed? ☒ Yes ☐ No

**IF YES,** how much does your Spouse earn per month? $ 200 DLS.

If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ______

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No

| | RECEIVED | SOURCES |
|---|---|---|
| IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES | $ | |

**CASH**

Have you any cash on hand or money in savings or checking accounts? ☒ Yes ☐ No **IF YES,** state total amount $ 1,000.

**PROPERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No

| | VALUE | DESCRIPTION |
|---|---|---|
| IF YES, GIVE THE VALUE AND DESCRIBE IT | $ | |

## OBLIGATIONS & DEBTS

**DEPENDENTS**

MARITAL STATUS: ☐ SINGLE ☒ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED

Total No. of Dependents: 2

List persons you actually support and your relationship to them:
wife Blanca Villa
daughter Blanca Benjamin

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

APARTMENT OR HOME:

| Creditors | Total Debt | Monthly Paymt. |
|---|---|---|
| Utilities | $ | $ 7.00 |
| food. | $ | $ 200 |
| gas. | $ | $ 5.00. |
| | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) ______

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ➧ X [signature]

3CP